# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Location history data from Google LLC generated from mobile devices. See Attachment A.

Case No. 19-898MC(NJ)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

Location history data from Google LLC generated from mobile devices. See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE August 29, 2019 *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Nancy Joseph                                                             .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: August 15, 2019         _____
                                              *Judge's signature*

City and State: Milwaukee, Wisconsin          Honorable Nancy Joseph   U.S. Magistrate Judge
                                              *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: 772115-19-0011 | Date and time warrant executed: Aug 15, 2019 @ 0900 AM | Copy of warrant and inventory left with: Google |
| Inventory made in the presence of: SA John Lindeman | | |
| Inventory of the property taken and/or name of any person(s) seized: 1,368 Device ID's active within the incident time frames Specified within the Warrant. | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 04 Dec 2019

_Executing officer's signature_

SA Thomas Greenwich
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: December 4, 2019

_United States Magistrate Judge_

## ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) location history data, sourced from methods including GPS, wi-fi, and Bluetooth, generated from devices and that reported a device location within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive location history data.

## Initial Search Parameters

### Target Location 1: Area Around 2320 W. Layton Ave.

- Date: 07/20/2018
- Time Period (including time zone): 2100 hrs (CST) - 2300 hrs (CST)
- Target Location # 1: Geographical area identified as a polygon defined by the following latitude/longitude coordinates and connected by straight lines:

    - Point 1: 42°57'34.24°N- 87°56'37.46°W
    - Point 2: 42°57'34.47°N- 87°56'47.53°W
    - Point 3: 42°57'37.45°N- 87°56'47.46°W
    - Point 4: 42°57'37.64°N- 87°56'37.34°W



### Target Location 2: Area Around 1168 N. 45th Street

- Date: 09/24/2018 - 09/25/2018
- Time Period (including time zone): 2300hrs (CST) 09/24/2018 - 0100hrs (CST) 09/25/2018
- Target Location # 2: Geographical area identified as a polygon defined by the following latitude/longitude coordinates and connected by straight lines:
  - Point 1: 43°2'43.35°N-87°58'13.16°W
  - Point 2: 43°2'43.31°N-87°58'10.96°W
  - Point 3: 43°2'45.65°N-87°58'14.40°W
  - Point 4: 43°2'45.66°N-87°58'10.19°W



## ATTACHMENT B

## Particular Items to Be Seized

### I. Information to be disclosed by Google

Google shall provide responsive data (as described in Attachment A) to the government pursuant to the following process:

1. Google shall query location history data based on the Initial Search Parameters specified in Attachment A.

2. For each location point recorded within the Initial Search Parameters, Google shall produce to the government anonymized information specifying the corresponding unique device ID, timestamp, coordinates, display radius, and data source, if available (the "Anonymized List").

3. The government shall review the Anonymized List in order to prioritize the devices about which it wishes to obtain identifying information.

4. Google is required to disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Account associated with each device ID about which the government inquires.

### II. Information to Be Seized

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 844(i) that were committed on or about July 20 and September 25, 2018 involving the residences at 2320 W. Layton Avenue, Milwaukee, WI, and 1168 N. 45th Street, Milwaukee, WI.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

b. such records were generated by Google's electronic process or system that produces an accurate result, to wit:

    1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

    2. the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____   _____
Date                              Signature